AO 240A    (Rev. 1/94) Order on Application to Proceed Without Prepayment of Fees

# United States District Court
### District of the Northern Marianas Islands

**F I L E D**
Clerk
District Court
MAR 18 2008
For The Northern Mariana Islands
_____
(Deputy Clerk)

MOHAMMED KAMAL HOSSAIN

    Plaintiff

V.

COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS, ETAL

    Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: CV 08 - 0016

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

    [X] The clerk is directed to file the complaint.

    [X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

_____

ENTER this ___18TH___ day of ___March___, 2008.

_____
Signature of Judicial Officer

Honorable, Alex R. Munson, Chief Judge
Name and Title of Judicial Officer

**RECEIVED**

MAR 18 2008

Clerk
District Court
The Northern Mariana Islands