Ed Peterson, CNMI Bar ID F-0354
Micronesian Legal Services Corp.
Marianas Office
P.O. Box 500826
Saipan, MP 96950
Tel. Nos. (670) 234-6243/7729
Fax No. 235-6101

F I L E D
Clerk
District Court

JUN 1 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Plaintiff Mohammed Kamal Hossain

IN THE UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

ORIGINAL

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN, ) <br> Plaintiff, ) <br> Vs ) <br> ) <br> COMONWEALTH OF THE ) <br> NORTHERN MARIANA ISLANDS, ) <br> and MATTHEW GREGORY, in his official ) <br> capacity as Attorney General of the ) <br> Commonwealth of the Northern Mariana ) <br> Islands, and UNITED STATES ) <br> OF AMERICA ) <br> Defendants. ) <br> _____ ) | Civil Action #: 08-0016 <br><br> **PROOF OF SERVICE** |

The undersigned hereby certifies that a copy of **SUMMONS in a CIVIL CASE** and **COMPLAINT FOR DECLARATORY, INJUNCTIVE, COMPENSATORY and FURTHER RELIEF; and Exhibit "A"** was served as follows:

By certified mail return, receipt, requested on March 25, 2008 upon:

    Michael B. Mukasey, Esq.
    US Attorney General
    US Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Dated this 10th day of June 2008.

                                            _____
                                            Juanette LG Sablan

POS- MukaseyM
c/o: HossainK