≋AO 440    (Rev. 08/01) Summons in a Civil Action

FILED
Clerk
District Court

# United States District Court
## District of the Northern Mariana Islands

JUN 1 2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MOHAMMED KAMAL HOSSAIN,
     Plaintiff,

V.

COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS, and MATTHEW
GREFORY, in his official capacity as Attorney
General of the Commonwealth of the Northern
Mariana Islands, and the United States of America,
     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 08 - 0016

RECEIVED
JUN 0 2008
US MARSHALS SERVICE-CNMI

TO: (Name and address of Defendant)

Commonwealth of the Northern Mariana Islands
c/o Matthew Gregory, Attorney General, CNMI
2nd Floor, Juan A. Sablan Memorial Building
Caller Box 10007, Captial Hill, Saipan MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ed Peterson
Micronesian Legal Services-Marianas Office
P.O. Box 500826-CK
Saipan, MP 96950

RECEIVED
MAR 2 4 2008
US MARSHALS SERVICE-CNMI

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Galo L. Perez
CLERK

(By) DEPUTY CLERK

MAR 2 4 2008
DATE

◆AO 440   (Rev. 08/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/12/08 |
| NAME OF SERVER (PRINT) Ray Tenorunl | TITLE District Security Officer |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $47.35 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/12/08
　　　　　　　　Date

Signature of Server: [signed] DSO 8641

Address of Server: US Marshal D/NMI P.O. Box 500570 Saipan MP 96950

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 6/10/08 | PLACE USDC NMI |
| SERVED | DATE 6/12/08 | PLACE Governor's office capitoll 2nd Flr, Juan A. Sablan memorial bldg. Caller Box 10007, Saipan MP96950 |
| SERVED ON (PRINT NAME) Clarinda Ocampo | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) Ray M Rengiil | | TITLE District Security Officer |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/12/08
                DATE

SIGNATURE OF SERVER: Ray Rl DSO 8841
US Marshal D/NMI
P.O. Box 500570, Saipan MP 96950
ADDRESS OF SERVER

### ADDITIONAL INFORMATION

* Pre payment of Fees waived by US DC Judge. Total Fees due USMS is $147.35, See Attached USM 285 for billing.