UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

JUN 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN, ) | |
| ) | |
| Plaintiff, ) | CIVIL CASE NO. 08-0016 |
| ) | |
| -v- ) | |
| ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, and ) | NOTICE RE SERVICE FEES |
| MATTHEW GREGORY, in his official ) | ADVANCED BY UNITED |
| capacity as Attorney General of the ) | STATES MARSHALS SERVICE |
| Commonwealth of the Northern Mariana ) | |
| Islands, and the United States of America, ) | |
| ) | |
| Defendants. ) | |

Submitted herewith are the United States Marshals Service's fees of **$45.00** charged for service of process and **$0.00** for total mileage charges. Service of the summons and complaint to the US Attorney for the Districts of Guam and the Northern Mariana Islands (Saipan Office), upon request by the Plaintiff's attorney Ed Peterson of Micronesian Legal Services by the US Marshals Service was made by order of the Court and that these fees have been advanced by the United States without prepayment until judgment is made.

Dated this 12 day of June, 2008.

JOAQUIN L.G. SALAS
Acting U. S. Marshal
District of Guam and CNMI

By: Wolfgang Calvert
Deputy U. S. Marshal

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mohammed Kamal Hossain | CV 08-0016 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Commonwealth of the Northern Marianas, etc | Personal |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Leonardo M. Rapadas, U.S. Attorney

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o U.S. Attorney, 3rd Floor Horiguchi Building, Garapan, Saipan, MP 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Edward M. Peterson, Jr.
Micronesian Legal Services
P.O. Box 500822
Saipan MP 96950

| | |
|---|---|
| Number of process to be served with this Form - 285 | 01 |
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
Clerk
District Court
JUN 12 2008
For The Northern Mariana Islands
By_____ (Deputy Clerk)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Ed Peterson Jr.
TELEPHONE NUMBER: 234-6243
DATE: 6-10-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 005 | No. 005 | C/ iDUSM | 06-10-08 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Marylinn Y. Sablan   USAO Staff

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 06-10-08
Time: 1330 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | N/A | N/A | 45.00 | 0.00 | 45.00 | |

REMARKS: Waiver of prepayment of fees.

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)