FILED
Clerk
District Court

JUN 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN, ) | |
| ) | |
| Plaintiff, ) | CIVIL CASE NO. 08-0016 |
| ) | |
| -v- ) | |
| ) | |
| COMMONWEALTH OF THE ) | |
| NORTHERN MARIANA ISLANDS, and ) | NOTICE RE SERVICE FEES |
| MATTHEW GREGORY, in his official ) | ADVANCED BY UNITED |
| capacity as Attorney General of the ) | STATES MARSHALS SERVICE |
| Commonwealth of the Northern Mariana ) | |
| Islands, and the United States of America, ) | |
| ) | |
| Defendants. ) | |

Submitted herewith are the United States Marshals Service's fees of **$45.00** charged for service of process and **$2.35** for total mileage charges. Service of the summons and complaint to the CNMI Attorney General, upon request by the Plaintiff's attorney Ed Peterson of Micronesian Legal Services by the US Marshals Service was made by order of the Court and that these fees have been advanced by the United States without prepayment until judgment is made.

Dated this 12 day of June, 2008.

JOAQUIN L.G. SALAS
Acting U. S. Marshal
District of Guam and CNMI

By: Wolfgang Calvert
Deputy U. S. Marshal

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Mohammed Kamal Hossain | COURT CASE NUMBER<br>CV 08 0016 |
|---|---|
| DEFENDANT<br>Commonwealth of the Northern Mariana Islands, et al. | TYPE OF PROCESS<br>Summons and Complaint<br>personal service |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Matthew Gregory, Attorney General, CNMI
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2nd Floor, Juan A. Sablan Memorial Building
Caller Box 10007, Capital Hill, Saipan MP 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ed Peterson
Micronesian Legal Services
P.O. Box 500816-CK
Saipan, MP 96950

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CNMI Government Bld, 2nd FL
Capital Hill, Saipan MP

FILED
Clerk
District Court
JUN 12 2008
For The Northern Mariana Islands
By _____ (Deputy Clerk)

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Edward M. Peterson, Jr.    TELEPHONE NUMBER: (670) 234-6243    DATE: 06/03/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>01 | District of Origin<br>No. 005 | District to Serve<br>No. 005 | Signature of Authorized USMS Deputy or Clerk | Date<br>6-10-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Clarinda Ocampo  legal Secretary
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Governor office Capitol Hill
2nd Floor, Juan A. Sablan Memorial Bldg.
Caller Box 10007 Saipan, MP 96950

Date of Service: 6/12/08   Time: 3:04 pm
Signature of U.S. Marshal or Deputy: DSO 8841

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45 | $2.35 | 0 | $47.35 | 0 | $47.35  N/A |

REMARKS: $45.00 per endeavor / $0.48 per mile
Order to proceed without prepayment of fees.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|