Kevin Lynch, Chief Prosecutor
Katie Busenkell, Assistant Attorney General
Division of Immigration Service
Commonwealth of the Northern Mariana Islands
Civic Center, Susupe
Saipan, MP 96950
(670) 664-2426 (voice)
(670) 234-7016 (fax)

FILED
Clerk
District Court

JUN 26 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for the Commonwealth of the Northern Mariana Islands and the Attorney General of the Commonwealth of the Northern Mariana Islands, in his official capacity.

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN, <br>     Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and the UNITED STATES OF AMERICA, <br>     Defendants. | Civil Action No. 08-0016 <br><br><br> **FIRST STIPULATION FOR AN EXTENSION OF TIME** |

NOW COMES the Plaintiff, Mohammad Kamal Hossain ("Plaintiff"), represented by counsel of record Ed Peterson of Micronesian Legal Services, Corp., and the Defendants, the Commonwealth of the Northern Mariana Islands ("the Commonwealth") and Attorney General Matthew Gregory ("Attorney General"), in his official capacity, by and through Kevin Lynch, Chief Prosecutor of the CNMI Office of Attorney General, and Katie Busenkell, Assistant

Stipulation to Extend Time - 1

Attorney General of the CNMI Office of Attorney General, for a Stipulation for an Extension of Time under Local Rule 7.1 (h)(1).

### A. Introduction

On June 12, 2008, the Plaintiff served upon the Commonwealth and the Attorney General a complaint and summons for Civil Case 08-0016. In the complaint, the Plaintiff alleges that the Commonwealth, the Attorney General, and the United States violated Plaintiff's rights under the Equal Protection and Due Process Clauses of the Fourteenth Amendment of the Constitution and various international treaties regarding refugee protection, which were incorporated and/or adopted by the Commonwealth and/or the United States. Attached to the complaint was a summons, which expressly stated that the Commonwealth had sixty (60) days to file an answer to the above-mentioned complaint.

### B. Discussion

Under the Federal Rules of Civil Procedure, a defendant is given twenty (20) days to file an answer to a complaint, unless service is waived. Fed. R. Civ. P. 12(a)(1)(A)(i) & (ii). If service is waived, a defendant must file an answer within sixty (60) days of being served. Fed. R. Civ. P. 12(a)(1)(A)(ii). The Commonwealth did not waive service. Thus, under the Federal Rules of Civil Procedure, the Commonwealth is required to file an answer to the complaint within twenty (20) days of service or July 2, 2008. However, the United States, as co-defendant, has sixty (60) days after service is effectuated to answer a complaint. Fed. R. Civ. P. 12(a)(2). To date, the United States has not been formally served with a complaint in this case.

A gap of forty (40) days or more between the Defendants' answers could potentially be a costly and inefficient use of time for all parties involved, as well as the Court. Thus, the

Plaintiff has agreed to grant the Commonwealth and the Attorney General additional time to answer the complaint so that the deadline for the Commonwealth, the Attorney General, and the United States will coincide.

C. Conclusion

In consideration of the above, the Plaintiff, the Commonwealth, and the Attorney General have stipulated to an extension of time that would allow the Commonwealth and the Attorney General additional time to answer the Plaintiff's complaint. This date will coincide with the date by which the United States must answer the Plaintiff's complaint.

Respectfully submitted 26th day of June of 2008.

_Ed Peterson_ (signature)    26 June 2008
Ed Peterson (CNMI Bar F-0354)    Date
Attorney for Plaintiff Mohammed Kamal Hossain
Micronesian Legal Services Corp.


_Kevin Lynch_ (signature)    26 June 2008
Kevin Lynch (CNMI Bar F-0230)    Date
Chief Prosecutor
Office of the Attorney General


_Kathleen Busenkell_ (signature)    6/26/08
Kathleen Busenkell (CNMI Bar T-0054)    Date
Assistant Attorney General
Office of the Attorney General