Kevin Lynch, Chief Prosecutor
Katie Busenkell, Assistant Attorney General
Division of Immigration Service
Commonwealth of the Northern Mariana Islands
Civic Center, Susupe
Saipan, MP 96950
(670) 664-2426 (voice)
(670) 234-7016 (fax)

F I L E D
Clerk
District Court

JUN 2 6 2008

For The Northern Mariana Islands
By_____
           (Deputy Clerk)

Attorneys for the Commonwealth of the Northern Mariana Islands and the Attorney General of the Commonwealth of the Northern Mariana Islands, in his official capacity.

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN,<br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and the UNITED STATES OF AMERICA,<br>    Defendants. | Civil Action No. 08-0016<br><br>**AFFIDAVIT IN SUPPORT OF STIPULATION FOR AN EXTENSION OF TIME** |

I, Kathleen Busenkell, submit this affidavit in support of the Stipulation for an Extension of Time, and hereby swear as follows:

1. That I am an Assistant Attorney General for the Commonwealth of the Northern Mariana Islands ("the Commonwealth") in the Division of Immigration Services;

1

2. That I am an attorney assigned to defend the Commonwealth and the Attorney General of the Commonwealth of the Northern Mariana Island ("Attorney General"), in his official capacity, in the above-captioned case;

3. That the Plaintiff, the Commonwealth, and the Attorney General have stipulated to an extension of time in an effort to coordinate schedules and reduce unnecessary burdens on the parties that may result from varying deadlines and/or future appearances that stem from the District Court Local Rules and/or Federal Rules of Civil Procedure;

4. This stipulation will affect the date/deadline that the answer is due to be file in the District Court by the Commonwealth and the Attorney General, and any dates that stem from filing an answer to a complaint;

5. To the best of my knowledge, no appearances and/or other deadlines have been scheduled for the above-captioned case. Thus, the stipulation will not have an affect on other deadlines.

Respectfully submitted 26th day of June of 2008.

_(signature)_   6/26/2008
Kathleen Busenkell (CNMI Bar T-0054)   Date
Assistant Attorney General
Office of the Attorney General

2