F I L E D
Clerk
District Court

JUN 26 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Kevin Lynch, Chief Prosecutor
Katie Busenkell, Assistant Attorney General
Division of Immigration Service
Commonwealth of the Northern Mariana Islands
Civic Center, Susupe
Saipan, MP 96950
(670) 664-2426 (voice)
(670) 234-7016 (fax)

Attorneys for the Commonwealth of the Northern Mariana Islands and the Attorney General of the Commonwealth of the Northern Mariana Islands, in his official capacity.

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and the UNITED STATES OF AMERICA,<br>　　　　Defendants. | Civil Action No. 08-0016<br><br>ORDER |

The United States District Court for the Northern Mariana Islands has received the parties' stipulation, and with good cause shown, the Court orders the following:

1. The Commonwealth of the Northern Mariana Islands ("Commonwealth") and the Attorney General of the Commonwealth of the Northern Mariana Islands

1

("Attorney General"), in his official capacity, are granted an extension of time to file an answer to the Plaintiff's complaint.

2. The extension of time is to coincide with the deadline for the United States to answer the Plaintiff's complaint, as set forth in Fed. R. Civ. P. 12(a)(2).

IT IS ORDERED this 26th day of June of 2008.

*Alex R. Munson*
HONORABLE ALEX MUNSON
United States District Court Judge