AO 440    (Rev. 08/01) Summons in a Civil Action

FILED
Clerk
District Court

JUL -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court

─────────── District of the Northern Mariana Islands ───────────

MOHAMMED KAMAL HOSSAIN,
                           Plaintiff,

V.

COMMONWEALTH OF THE NORTHERN
MARIANA ISLANDS, and MATTHEW
GREFORY, in his official capacity as Attorney
General of the Commonwealth of the Northern
Mariana Islands, and the United States of America,
                           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CV 08 – 00016**

TO: (Name and address of Defendant)

    c/o Leonardo M. Rapadas, U.S. Attorney
    3rd Floor Horiguchi Building, Garapan
    Saipan, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ed Peterson
Micronesian Legal Services-Marianas Office
P.O. Box 500826-CK
Saipan, MP 96950

an answer to the complaint which is served on you with this summons, within _____sixty (60)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL - 2 2008

Galo L. Perez
CLERK                                                         DATE

(By) DEPUTY CLERK

&AO 440    (Rev. 08/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE July 3rd, 2008 |
| NAME OF SERVER (PRINT) Maria Muna | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Nicole DLG Benjamin Clerk U.S. Attorney's Office, Saipan at 11:23 a.m.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 3, 2008
         Date

*Signature of Server*
Micronesian Legal Services-Marianas Office
P.O. Box 500826-CK
Saipan, MP 96950
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.