F I L E D
Clerk
District Court

AUG 2 7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Kevin Lynch, Chief Prosecutor
Katie Busenkell, Assistant Attorney General
Division of Immigration Service
Commonwealth of the Northern Mariana Islands
Civic Center, Susupe
Saipan, MP 96950
(670) 664-2426 (voice)
(670) 234-7016 (fax)

Attorneys for the Commonwealth of the Northern Mariana Islands and the Attorney General of the Commonwealth of the Northern Mariana Islands, in his official capacity.

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN, <br>     Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and the UNITED STATES OF AMERICA, <br>     Defendants. | Civil Action No. 08-0016 <br><br> AFFIDAVIT IN SUPPORT OF STIPULATION FOR AN EXTENSION OF TIME |

    I, Kevin Lynch, submit this affidavit in support of the Stipulation for an Extension of Time, and hereby swear as follows:

1. That I am the Chief Prosecutor for the Commonwealth of the Northern Mariana Islands ("the Commonwealth");

1

2. That I am an attorney assigned to defend the Commonwealth and the Attorney General of the Commonwealth of the Northern Mariana Island ("Attorney General"), in his official capacity, in the above-captioned case;

3. That the Plaintiff, the Commonwealth, the Attorney General, and the United States have stipulated to an extension of time because of on-going and long-term blackouts in the Commonwealth of the Northern Mariana Islands. The blackouts have effected the ability to conduct business in an efficient and timely manner. The parties have also stipulated to an extension of time for the United States in an effort to keep schedules coordinated and reduce unnecessary burdens on the parties that may result from varying deadlines and/or future appearances that stem from the District Court Local Rules and/or Federal Rules of Civil Procedure;

4. This stipulation will affect the date/deadline that a response is due to be file in the District Court by the Commonwealth and the Attorney General, and any dates that stem from answering and/or responding to a complaint;

5. To the best of my knowledge, no appearances and/or other deadlines have been scheduled for the above-captioned case. Thus, the stipulation will not have an affect on other deadlines.

Respectfully submitted 27th day of August of 2008.

_____
Kevin Lynch (CNMI Bar F-0230)
Chief Prosecutor
Office of the Attorney General

27 August 2008
Date