LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7334

GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
SAMUEL P. GO
Trial Attorney
Office of Immigration Litigation
District Court Section
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
PHONE:  (202) 353-9923
FAX:  (202) 616-8962

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD KAMAL HOSSAIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | CIVIL CASE N0.  08-0016<br><br>**MOTION TO DISMISS OF DEFENDANT UNITED STATES OF AMERICA; NOTICE OF HEARING**<br><br><br>**Date:  October 16, 2008**<br>**Time: _____ a.m.** |

PLEASE TAKE NOTICE that on October 16, 2008, or as soon thereafter as the matter may be heard in Courtroom of the Hon. Alex R. Munson, Chief Judge of the above-entitled Court, located at 2nd Floor, Horiguchi Building, Garapan, Saipan, MP, 96950 USA, Defendants, through their undersigned counsel, hereby respectfully move this Court to dismiss the Complaint for Declaratory, Injunctive, Compensatory and Further Relief filed by Plaintiff in accordance with Fed. R. Civ. P. 12(b)(6) on failure to state a claim upon which relief can be granted. In support of this Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities filed herewith, the pleadings, records and papers filed herein, and such other and further oral and documentary evidence and legal memoranda that may be presented.

RESPECTFULLY SUBMITTED: this 17th day of September, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U. S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney


U.S. Department of Justice


By: /s/ Samuel P. Go
SAMUEL P. GO
Trial Attorney
GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director

Attorneys for Defendant United States of America