Kevin Lynch, Chief Prosecutor
Katie Busenkell, Assistant Attorney General
Division of Immigration Service
Commonwealth of the Northern Mariana Islands
Civic Center, Susupe
Saipan, MP 96950
(670) 664-2426 (voice)
(670) 234-7016 (fax)

Attorneys for the Commonwealth of the Northern Mariana Islands and the Attorney General of the Commonwealth of the Northern Mariana Islands, in his official capacity.

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN,<br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and the UNITED STATES OF AMERICA,**<br>**Defendants.** | Civil Action 08-0016<br><br><br><br>**DEFENDANT COMMONWEALTH'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing: October ____, 2008. |

### NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on October ____, 2008, or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Alex R. Munson, Chief Judge of the above-entitled Court, located at the 2nd Floor, Horiguchi Building, Garapan, Saipan, MP, 96950 USA, Defendants, through their undersigned counsel, hereby respectfully move this Court to dismiss

1

the Complaint for Declaratory, Injunctive, Compensatory and Further Relief filed by Plaintiff in accordance with the doctrines of *res judicata,* collateral estoppel, and Fed. Civ. P. 12 (b)(6) on failure to state a claim upon which relief can be granted. In support of this Motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities filed herewith, the pleadings, records and papers filed herein, and such other and further oral and documentary evidence and legal memoranda that may be presented.

Respectfully submitted 17th day of September of 2008.

_____  
Katie Busenkell (CNMI Bar T-0054)  
Assistant Attorney General – Immigration Division  
Office of the Attorney General

9/17/08  
Date