FILED
Clerk
District Court

OCT 21 2002

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JIANG XIU YING, et al., ) | Civil Action No. 02-0023 |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER CONSOLIDATING |
| v. ) | CIVIL ACTION NO. |
| ) | 02-0023 WITH CIVIL |
| UNITED STATES OF AMERICA, ) | ACTION NO. 99–0046 AND |
| the COMMONWEALTH OF THE ) | CIVIL ACTION NO. 00-0005 |
| NORTHERN MARIANA ) | |
| ISLANDS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| JUYEL AHMED, et al., ) | Civil Action No. 00-0005 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| and the COMMONWEALTH OF ) | |
| THE NORTHERN MARIANA ) | |

COMMONWEALTH'S
EXHIBIT
____D____

AO 72
(Rev.8/82)

ISLANDS, )
)
Defendants. )
)
_____ )
)
RUI LIANG, et al., )  Civil Action No. 99-0046
)
Plaintiffs, )
)
v. )
)
UNITED STATES OF AMERICA )
and the COMMONWEALTH OF )
THE NORTHERN MARIANA )
ISLANDS, )
)
Defendants. )
_____ )

The court *sua sponte*, pursuant to Rule 42(a) of the Fed. R. Civ. P.

hereby orders that case numbers CV-99-0046 (Rui Liang, et al. v. United

States of America and the Commonwealth of the Northern Mariana

Islands) and CV-00-0005 (Juyel Ahmed, et al. v. United States of America

and the Commonwealth of the Northern Mariana Islands) are consolidated

into case CV-02-0023 (Jiang Xiu Ying, et al., v. United States of America,

the Commonwealth of the Northern Mariana Islands, et al.). All pleadings

involving CV-99-0046 and CV-00-0005 shall now utilize case number CV-

02-0023 in their caption. The court finds that consolidation of the cases is

2

1   appropriate because the parties and the issues are the same and

2   consolidation will serve the interest of judicial economy.

4        IT IS SO ORDERED.

5        DATED this 26th day of December, 2002.

8                                        _____

9                                            ALEX R. MUNSON
                                                  Judge

AO 72
(Rev 8/82)