Aug-07-2003  14:57    From-US DISTRICT COURT, NMI         +16702362910         T-772  P.001/002  F-940

*8·7·03*

# FAX IN

FILED
Clerk
District Court

AUG  6 2003

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  James D. Livingstone
2  Justin J. Wolosz
   Assistant Attorney General
3  OFFICE OF THE ATTORNEY GENERAL
4  Civil Division – Capitol Hill
   2nd Floor Administration Bldg.
5  Caller Box 10007, Saipan, MP 96950
6  Telephone:  (670) 664-2341
   Facsimile:  (670) 664-2349
7

8  Attorneys for Defendant Commonwealth of the Northern Mariana Islands
9

10      IN THE UNITED STATES DISTRICT COURT FOR THE
11            NORTHERN MARIANA ISLANDS

12  JIANG XIU YING, et al.,            )
13                                     )  Civil Action No. 02-0023
    Plaintiffs,                        )
14                                     )  **STIPULATION OF DISMISSAL**
15  v.                                 )
                                       )
16  UNITED STATES OF AMERICA, et al.,  )
17                                     )
    Defendants.                        )
18

19

20      COMES NOW, the parties in the above-entitled action, through their respective

21  counsels, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby move and stipulate to dismiss,

22  with prejudice, all claims asserted against Defendants Commonwealth of the Northern
23

24

25

26

27

28

29

-1-

COMMONWEALTH'S
**EXHIBIT**
G

*104*

1    Mariana Islands, Robert Torres, and Joaquin Tenorio.

2    **IT IS SO STIPULATED.**

3    DATED:  August 1, 2003

4

5

6    _Bruce Jorgensen_

7    Bruce Jorgensen
     Millers Estates, Apt. D-5 c/o Wingdroff
8    Saipan, MP 96950      Layo 01510
                          Saipan

9

10   Counsel for Plaintiffs

11

12

13   _____

14   Anthony Long
     Law Office of G. Anthony Long
15   Second Floor, Lim's Building
     San Jose
16   Saipan, MP 96950

17

18   Counsel for Plaintiffs

19

20   **IT IS SO ORDERED.**

21   Dated:  August 6, 2003

22                                              _Alex R. Munson_
                                                Alex R. Munson
23

24

25   RECEIVED

26

27        AUG   6 2003

28          Clerk
          District Court
29   For The Northern Mariana Is ......

|                                  |
|----------------------------------|
| _James Livingstone_              |
| James Livingstone                |
| Assistant Attorney General       |
| CNMI Office of the Attorney General |
| Saipan, MP 96950                 |
|                                  |
| Counsel for the Commonwealth Defendants |

-2-

Aug-07-2003  14:45   From-US DISTRICT COURT, NMI                +16702362910          T-767   P.001/002   F-938

*8.7.03*

# FAX IN

FILED
Clerk
District Court

AUG  6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  JAMES D. LIVINGSTONE

2  Office of the Attorney General
   Commonwealth of the Northern Mariana Islands
3  Civil Division--Capitol Hill
4  Second Floor, Hon. Juan A. Sablan Memorial Bldg.
   Saipan, MP 96950
5  Telephone: 670-664-2341
   Fax: 670-664-2349
6

7  Attorney for the Plaintiff

8         IN THE UNITED STATES DISTRICT COURT FOR THE
9          DISTRICT OF THE NORTHERN MARIANA ISLANDS

10 COMMONWEALTH OF THE                )
   NORTHERN MARIANA ISLANDS, by       )
11 and through the DIVISION OF        )  Civil Action No. 03-0017
12 IMMIGRATION, DEPARTMENT OF         )
   LABOR AND IMMIGRATION and          )
13 DIVISION OF YOUTH SERVICES,        )
14                                    )  STIPULATION OF DISMISSAL
                  Plaintiff,          )
15        v.                          )
16                                    )
   JOSEPH ALDAN ARRIOLA,              )
17                                    )
18              Defendant,            )
                                      )
19 JIANG XIU YING, DONG WEN QING,     )
   and DONG XING YOU,                 )
20                                    )
21        Real Parties in Interest.   )
   _____)
22

23
       COMES NOW, the parties in the above-entitled action, through their respective
24
25 counsels, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby move and stipulate to dismiss,

26

27

28

29

-1-

Aug-07-2003  14:45    From-US DISTRICT COURT, NMI                    +16702362910            T-767   P.002/002   F-938

1   with prejudice, all claims asserted against Defendants Joseph Aldan Arriola and Real

2   Parties in Interest Jiang Xiu Ying, Dong Wen Qing, and Dong Xing You.

3   **IT IS SO STIPULATED.**

4

5   DATED:  August 1, 2003

6

7   _Bruce Jorgensen_
    Bruce Jorgensen
8   Millers Estates, Apt. D-5   Jorgensen
    Saipan, MP 96950            Law Office
9

10

11  Counsel for Real Parties in Interest

12

13

14  _Anthony Long_
    Anthony Long
15  Law Office of G. Anthony Long
    Second Floor, Lim's Building
16  San Jose
    Saipan, MP 96950
17

18  Counsel for Defendant Joseph A. Arriola

19

20

21  **IT IS SO ORDERED.**

22  Dated: August _6_, 2003

23

24

25

26  RECEIVED

27  AUG  6 2003

28       Clerk
         District Court
29  For The Northern Mariana Islands

7   _James Livingstone_
    James Livingstone
    Assistant Attorney General
    CNMI Office of the Attorney General
    Saipan, MP 96950

    Counsel for the Plaintiff

22  _Alex R. Munson_
    Alex R. Munson

-2-