# TABLE OF CONTENTS

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT COMMONWEALTH'S MOTION TO DISMISS

I.   INTRODUCTION..................................................................................2

II.  APPLICABLE LAW...............................................................................2

III. ARGUMENT........................................................................................3

    A. PLAINTIFF'S CAUSES OF ACTION ARE BARRED
       FROM JUDICIAL REVIEW UNDER THE DOCTRINES
       OF RES JUDICATA AND COLLATERAL ESTOPPEL......................3

        1. The claims raised in Plaintiff's complaint are barred by
           *res judicata*...................................................................6

        2. The issued raised in Plaintiff's complaint are barred by
           collateral estoppel...........................................................8

    B. PLAINTIFF'S COMPLAINT FAILS TO STATE A CLAIM
       UPON WHICH RELIEF CAN BE GRANTED...................................11

        1. Plaintiff ha failed to state a claim upon which relief can
           be granted under international, federal, or local law................11

        2. Plaintiff has failed to state a claim upon which relief can be
           granted under the United States Constitution or the Commonwealth
           Constitution..................................................................16

           a. Plaintiff stated no claim for equal protection
              under Fourteenth Amendment of the United States
              Constitution or Article 1, section 6, of the
              Commonwealth Constitution..........................................16

           b. Plaintiff has not asserted a claim upon which relief can
              granted for violation of due process, under the Fifth or
              Fourteenth Amendment of the United States Constitution, or
              Article 1, section 5 of the Commonwealth Constitution..........18

CONCLUSION..........................................................................................19

# EXHIBITS

**EXHIBIT A**
  Complaint for Declaratory, Injunctive, and Further Relief (CV-99-0046)

**EXHIBIT B**
  Second Amended Complaint for Injunctive, Declaratory, and Further Relief (CV-99-0046)

**EXHIBIT C**
  Third Amended Complaint for Injunctive, Declaratory and Further Relief (CV-00-0005)

**EXHIBIT D**
  Order Consolidating Civil Action No. 02-0023 with Civil Action No. 99-0046 and Civil Action No. 00-0005

**EXHIBIT E**
  Fifth Amended Complaint for Injunctive, Declaratory, and Further Relief (CV-00-0005)

**EXHIBIT F**
  Settlement Agreement and Release (August of 2003)

**EXHIBIT G**
  Stipulation of Dismissal (August 6, 2003)

**EXHIBIT H**
  Public L. No. 110-229, 122 Stat. 853, Title VII

**EXHIBIT I**
  Memorandum of Agreement between the US Dept. of Interior, Office of Insular Affairs and the Commonwealth of the Northern Mariana Islands *and* Letter of Understanding

# TABLE OF AUTHORITIES

## CASES

*American Fabrics, Inc. v. L&L Textiles, Inc.,*
    754 F.2d 1524 (1985)..................................................................................6

*Balistreri v. Pacifica Police Dept.,*
    901 F.2d 696 (9th Cir.1988)..........................................................................2

*Barron v. Reich,*
    13 F.3d 1370 (9th Cir.1994)..........................................................................9

*Blonder-Tongue Lab. v. Univ. of Ill. Found.,*
    402 U.S. 313 (1971)......................................................................................6

*Board of Regents v. Roth,*
    408 U.S. 564 (1972)....................................................................................19

*Cammermeyer v. Aspin,*
    850 F.Supp. 910 (W.D. Wash. 1994)..........................................................17

*Canadian Transp. Co. v. United States,*
    663 F.2d 1081 (C.A.D.C.1980)..................................................................12

*Commodity Futures Trading Comm'n v. Co. Petro Mktg. Group, Inc.,*
    680 F.2d 573 (9th Cir.1982)..........................................................................6

*Costantini v. Trans World Airlines,*
    681 F.2d 1199 (9th Cir. 1982)......................................................................7

*Davis Wright & Jones v. Nat'l Union Fire Ins. Co.,*
    709 F.Supp. 196 (W.D.Wa.1989) *aff'd*, 897 F.2d 1021 (9th Cir.1990)......6

*Durfee v. Duke,*
  375 U.S. 106 (1963)……………………………………………………………..…..6

*Goldstar (Panama) S.A. v. United States,*
  967 F.2d 965 (C.A.4 1992)……………………………………………………….12

*Green v. Ancora-Citronelle Corp.,*
  577 F.2d 1380 (9th Cir.1978)……………………………………………………10

*Hadley v. Cowan,*
  60 Wash.App. 433 (1991)……………………………………………..……..7

*Hydranautics v. Filmtec Corp.,*
  204 F.3d 880 (9th Cir.2000)……………………………………………..…..9

*In re Berr,*
  172 B.R. 299 (9th Cir. BAP 1994)……………………………………………..…9

*Jackson Water Works, Inc. v. Public Utilities Com'n of State of Cal.,*
  793 F.2d 1090 (C.A.9 1986)………………………………………………….17

*LeBire v. Dep't of Labor & Indus.,*
  14 Wash.2d 407 (1942)…………………………………………………… 7

*Mack v. South Bay Beer Distribs., Inc.,*
  798 F.2d 1279 (9th Cir. 1986)……………………………………………….9

*Mannington Mills, Inc. v. Congoleum Corp.,*
  595 F.2d 1287 (C.A.3 1979)…………………………………………………….12

*McLean v. Crabtree,*
  173 F.3d 1176 (C.A.9 Or. 1999)……………………………………………..16

*Medellin v. Texas,*
  128 S.Ct. 1346, 1356 (U.S. Tex. 2008)………………………………………..12, 13

*Montana v. United States*,
    440 U.S. 147 (1979)..................................................................................6, 18

*Offshore Sportswear, Inc. v. Vuarnet Int'l, B.V.*,
    114 F.3d 848 (9th Cir.1997)....................................................................9

*Pierre v. Gonzales*,
    502 F.3d 109 (C.A.2 2007).....................................................................13

*Pillsbury, Madison & Sutro v. Lerner*,
    31 F.3d 924 (9th Cir.1994)......................................................................2

*Sagana v. Tenorio*,
    384 F.3d 731 (9th Cir. 2004)..................................................................16

*Scott v. Kuhlmann*,
    746 F.2d 1377 (9th Cir.1984)..................................................................6

*Segal v. American Tel. & Tel. Co.*,
    606 F.2d 842 (9th Cir.1979)....................................................................8

*Sidney v. Zah*,
    718 F.2d 1453 (9th Cir.1983)..................................................................8

*Stoll v. Gottlieb*,
    305 U.S. 165 (1938).................................................................................6

*Taha v. Portland State Univ.*,
    875 F.2d 319 (CA 9th Cir. 1989)............................................................7

*Title v. United States*,
    263 F.2d 28 (9th Cir.1959)......................................................................6

*United States v. Emuegbunam*,
    268 F.3d 377 (C.A.6 2001)....................................................................12

*United States v. Jimenez-Nava,*
    243 F.3d 192 (C.A.5 2001)..................................................................................12

*United States v. Li,*
    206 F.3d 56 (C.A.1 2000)....................................................................................12

*United States v. Lopez-Flores,*
    63 F.3d 1468 (9th Cir. 1995)...............................................................................16

*Yanow v. Weyerhauser Steamship Co.,*
    274 F.2d 274 (9th Cir.1959)..................................................................................6

*Zimmerman v. City of Oakland,*
    255 F.3d 734 (9th Cir.2001)..................................................................................2

## UNITED STATES STATUTES

1967 United Nations Protocol Relating to the Status of Refugees,
    Jan. 31, 1967, 19 U.S.T. 6224, 606 U.N.T.S. 8791..........................................13, 14, 18

Public L. No. 110-229, 122 Stat. 754 (2008)....................................................................14,15

Public L. No. 94-241, 90 Stat. 263,
    *reprinted* in 48 U.S.C. § 1801 (1994) (note at 400)..........................................14,15

8 U.S.C. §§ 1101, *et seq*..................................................................................................13

### Federal Rules of Civil Procedure

Fed. R. Civ. P. 12(b)(6)......................................................................................................2

### Federal Rules of Evidence

Fed.R.Evid. 201(b)(2) & (f)................................................................................................6

## COMMONWEALTH STATUTES

3 CMC § 4301, *et seq*..........................................................................................14

N.M.I. Covenant § 105..........................................................................................14

N.M.I. Covenant § 501(a)....................................................................11, 14, 16, 17, 18

N.M.I. Covenant § 503..........................................................................................14

Public L. No. 13-61........................................................................................5, 14, 15

## UNITED STATES REGULATIONS

8 C.F.R. § 207.7 (d) (2008).................................................................................13

## COMMONWEALTH REGULATIONS

*Commonwealth Immigration Regulations*, §5-40.1-944.........................................14,18

## TREATIES

Article 3 of the United Nations Convention Against Torture and Other Cruel,

    Inhuman or Degrading Treatment or Punishment, December 10, 1984,

    S. Treaty Doc. No. 100-20 (1988), 1465 U.N.T.S. 85 (ratified by the

    (United States on Nov. 20, 1994)..................................................................4, 13, 14

## TREATISES

2 RESTATEMENT (THIRD) OF FOREIGN RELATIONS LAW OF THE UNITED STATES § 907,

    Cmt. a, p. 395 (1986)..........................................................................................12

**MISCELLANEOUS**

Executive Order No. 12,807 (May 24, 1992)......................................................13

Memorandum of Agreement between the CNMI and the United States Dept. of Interior,

    Office of Insular Affairs, executed on September 12, 2003................................14