Kevin Lynch, Chief Prosecutor
Katie Busenkell, Assistant Attorney General
Division of Immigration Service
Commonwealth of the Northern Mariana Islands
Civic Center, Susupe
Saipan, MP 96950
(670) 664-2426 (voice)
(670) 234-7016 (fax)

Attorneys for the Commonwealth of the Northern Mariana Islands and the Attorney General of the Commonwealth of the Northern Mariana Islands, in his official capacity.

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN,<br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and the UNITED STATES OF AMERICA,<br>    Defendants. | Civil Action 08-0016<br><br>**NOTICE OF HEARING**<br><br>Hearing: October 16, 2008<br>Time:    9:00 a.m. |

Please take notice that on **October 16, 2008** at **9:00 a.m.**, at the United States District Court for the Commonwealth of the Northern Mariana Islands, a hearing regarding Defendants' Commonwealth of the Northern Mariana Islands ("CNMI") and the Attorney General Matthew Gregory ("Attorney General"), in his official capacity, Motion to Dismiss will be held in front of the Honorable Alex Munson.

///

///

///

1

Respectfully submitted 29th day of September of 2008.

*[signature]*
Katie Busenkell (CNMI Bar T-0054)
Assistant Attorney General – Immigration Division
Office of the Attorney General