**Ed Peterson, F-0354**
**Micronesian Legal Services Corporation-**
**Marianas Office**
**P.O. Box 500826-CK**
**Saipan, MP 96950**
**Tel. # (670) 234-6243**
**Fax # (670) 235-6101**
**Attorney for Mohammed Kamal Hossain**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOHAMMED KAMAL HOSSAIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **COMMONWEALTH OF THE NORTHERN** ) | |
| **MARIANA ISLANDS, and MATHEW** ) | CIVIL CASE NO. 08-0016 |
| **GREGORY, in his official capacity as Attorney** ) | |
| **General of the Commonwealth of the** ) | Combined Opposition and |
| **Northern Mariana Islands, and UNITED** ) | Response to Motion to Dismiss |
| **STATES OF AMERICA,** ) | of Defendant United States |
| ) | of America and Motion to |
| **Defendants.** ) | Dismiss of Defendant |
| ) | Commonwealth of the |
| ) | Northern Mariana Islands |
| ) | |
| ) | |
| ) | Date: October 16th, 2008 |
| ) | Time: 9:00 a.m. |
| ) | Judge: The Hon. Alex R. Munson |
| _____ | |

      The Plaintiff, by and through counsel, opposes in their entirety the

motions to dismiss under Fed. R. Civ. P. 12(b)(6) of the Defendants United States

of America and Commonwealth of the Northern Mariana Islands, and asserts that

Plaintiff's Complaint for Declaratory, Injunctive and Further Relief states a claim

1

upon which relief can be granted, emphasizing the points in Plaintiff's Memorandum of Points and Authorities filed herewith, and on the pleadings, records and papers filed herein and such other and further oral and documentary evidence and legal memoranda that may be presented.

RESPECTFULLY SUBMITTED this 30th day of September, 2008.

/s/ Ed Peterson
Ed Peterson
Micronesian Legal Services
Corporation – Marianas Office
Attorney for Plaintiff