Kevin Lynch, Chief Prosecutor
Katie Busenkell, Assistant Attorney General
Division of Immigration Service
Commonwealth of the Northern Mariana Islands
Civic Center, Susupe
Saipan, MP 96950
(670) 664-2426 (voice)
(670) 234-7016 (fax)

Attorneys for the Commonwealth of the Northern Mariana Islands and the Attorney General of
the Commonwealth of the Northern Mariana Islands, in his official capacity.

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **MOHAMMED KAMAL HOSSAIN,** | ) | **Civil Action  08-0016** |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **COMMONWEALTH OF THE** | ) | |
| **NORTHERN MARIANA ISLANDS and** | ) | |
| **MATTHEW GREGORY, in his official** | ) | **STIPULATION FOR PARTIAL** |
| **capacity as Attorney General of the** | ) | **DISMISSAL AND SETTLEMENT** |
| **Commonwealth of the Northern Mariana** | ) | |
| **Islands, and the UNITED STATES OF** | ) | |
| **AMERICA,** | ) | |
| **Defendants.** | ) | |

COMES NOW, the Plaintiff, by and through his attorney, Edward Peterson of Micronesian

Legal Services Corporation, the Defendants Commonwealth of the Northern Mariana Islands

("CNMI") and the CNMI Attorney General Matthew Gregory ("Attorney General"), by and

through Assistant Attorney General Kathleen Busenkell, and Defendant United States of

America, by and through United States Attorney Jessica Cruz, who hereby stipulate to the

following:

1

1. Plaintiff's March 18, 2008 Complaint for Declaratory, Injunctive, Compensatory and Further Relief (hereinafter "Complaint") alleges facts in Paragraphs 39-46 and damages in Paragraph 6 under "Request for Relief" against the Defendants CNMI and the Attorney General that have been resolved through non-trial means. As such, the parties stipulate to the dismissal of the above-mentioned allegations and request for damages with prejudice.

2. On September 5, 2008, the Defendants CNMI and the Attorney General issued a letter/opinion addressed to the CNMI Office of Personnel Management, which stated that Plaintiff "is eligible to be considered for employment within the Commonwealth government for any position for which he is qualified…If he should apply for positions in the law enforcement or security-related fields, please contact [the Office of Attorney General – Immigration Division] for additional review of the question." *See* attached and incorporated letter, dated September 5, 2008 (Exhibit A).

3. In exchange for the issuance of the letter/opinion, the Plaintiff has agreed to dismiss with prejudice Paragraphs 39-46 of the Complaint and Paragraph 6 under "Request for Relief."

4. The remaining issues, allegations, and requests for relief in Plaintiff's Complaint are unaffected by this Stipulation for Partial Dismissal and Settlement, and thus remain as originally plead on March 18, 2008.

Respectfully submitted 30th day of September of 2008.

_Edward Peterson_

Edward Peterson (F-0354)
Micronesian Legal Services Corporation

Attorney for the Plaintiff

09-25-08
Date

_Katie B_

Kathleen Busenkell (CNMI Bar T-0054)
Assistant Attorney General – Immigration Division
Office of the Attorney General

Attorney for the Defendants CNMI and Attorney General

9/25/08
Date

_Jessica Cruz_

Jessica Cruz
United States Attorney
Office of the Attorney General

Attorney for the Defendant United States

9/26/08
Date

3