

# Commonwealth of the Northern Mariana Islands
## Office of the Attorney General

2nd Floor Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Capitol Hill
Saipan, MP 96950

**Attorney General/Civil Division**
Tel: (670) 664-2341
Fax: (670) 664-2349

**Criminal Division**
Tel: (670) 664- 2366/2367/2368
Fax: (670) 234-7016

5 September 2008

Office of the Governor
Office of Personnel Management
P.O. Box 5153 CHRB
Saipan, MP 96950

Re: Applicant Md. Kamal Hossain, 706 P Entry Permit holder

Dear Office of Personnel Management,

Md. Kamal Hossain has asked to apply for positions within the Commonwealth government through the Office of Personnel Management. Consistent with our letter of 05 Sept. 2008, Mr. Hossain is eligible to be considered for employment within the Commonwealth government for any positions for which he is qualified, including but not limited to Wellness Coordinator or Nutrition Assistant. If he should apply for positions in the law enforcement or security-related fields, please contact us for additional review of the question. He may apply for other positions without the need for further review from our office.

Sincerely,

Kevin A. Lynch
Chief Prosecutor

Cc: Immigration Legal Counsel

COMMONWEALTH'S EXHIBIT A

MLSC RECEIVED BY _____ DATE 9/5/08