LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U. S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
(671) 472-7332
(671) 472-7215

GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
SAMUEL P. GO
Trial Attorney
Office of Immigration Litigation
District Court Section
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 353-9923
(202) 616-8962 (facsimile)

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| MOHAMMAD KAMAL HOSSAIN, | ) | Civil Action No. 08-0016 |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFENDANT UNITED STATES OF AMERICA'S CLARIFICATION TO** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) | **THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendants. | ) ) ) | Hearing:   **October 16, 2008**<br>Time:      **9:00 a.m.** |

Defendant United States of America, through its undersigned counsel, hereby submits this Clarification to its Motion to Dismiss the Complaint for Declaratory, Injunctive, Compensatory and Further Relief in accordance with Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

Defendant United States, in Page 9 of its Memorandum of Points and Authorities in Support of its Motion to Dismiss ("Memorandum"), states that:

> [i]n including language in the Consolidated Natural Resources Act of 2008 that expressly states that INA § 208, 8 U.S.C. § 1158 shall not apply until the end of the transition period (December 31, 2014), Congress made clear its intent for asylum in CNMI to remain under CNMI's control during this time.

Memorandum at 9. Later, in Pages 9-10 of its Memorandum, Defendant United States, asserts that:

> Congress also determined that having CNMI maintain control of its asylum matters until the end of the transition period is the best way to accomplish this objective, given the numerous changes that need to occur in transition from the affirmative asylum process in CNMI-based legislation to the INA.

Memorandum at 9-10.

These Memorandum excerpts require clarification. Pursuant to the Consolidated Natural Resources Act of 2008 ("CNRA")(also known as Public Law 110-229) Immigration and Nationality Act ("INA") § 208, 8 U.S.C. § 1158 will not apply to the Commonwealth of the Northern Mariana Islands ("CNMI") until the end of the transition period, in 2014. However, Federal authorities will assume responsibility for the enforcement and administration of immigration law in the CNMI, including protection from persecution, on the transition program effective date, which is June 1, 2009, unless delayed up to 180 days by the Secretary of Homeland Security. The INA and other Federal immigration laws will apply in the CNMI as they do elsewhere in the United States as of that date, unless otherwise specified by law. Consequently, after the transition program effective date, the United States shall have jurisdiction over immigration in the CNMI. CNMI protection law will no longer apply, and CNMI officials will no longer have protection law responsibilities after the transition program effective date. These responsibilities will transfer to the Federal Government.

Nevertheless, the enactment of the CNRA underscores the fact that currently, CNMI has sole authority to control admission onto its islands, as immigration law in the CNMI is under the CNMI's authority. The INA is currently inapplicable to the CNMI. These facts will not change until the

transition program effective date, in which Federal authorities will assume control and responsibility of the CNMI's immigration, and Federal immigration laws, including the INA, will apply. However, pursuant to the express provisions of the CNRA, INA § 208 will not apply until the end of the transition period, in 2014.

RESPECTFULLY SUBMITTED: this 2nd day of October, 2008.

LEONARDO M. RAPADAS
United States Attorney

/s/ Jessica F. Cruz
MIKEL SCHWAB
JESSICA F. CRUZ

GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director

/s/ Samuel P. Go
SAMUEL P. GO
Trial Attorney
Office of Immigration Litigation
District Court Section
Civil Division
U.S. Department of Justice

Attorneys for Defendant
United States