# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**OFFICE OF THE ATTORNEY GENERAL**
**OFFICE OF REFUGEE PROTECTION**



| |
|---|
| **FORM APR**<br>**APPLICATION FOR PROTECTION FROM REFOULEMENT** |

## *For Persons Requesting Protection from Refoulement in the Commonwealth of the Northern Mariana Islands*

### Name of Applicant: Md. Kamal Hossain

**Please Attach your Photo here**



**Please List The Names Of All People Included In This Application**

_____

_____

_____

_____

### Attorney or Representative Information

☐ I intend to hire an attorney or representative

☑ I do <u>not</u> intend to hire an attorney or representative and will represent myself

☐ I have hired an attorney or representative

    Name of Attorney or Representative:

    Telephone number:

### Translator Information

☐ I will require translator to assist me in the language of _____

☑ I am fluent in English and do not require a translator

☐ I have my own translator

    Name of translator:

| |
|---|
| **COMMONWEALTH'S**<br>**EXHIBIT**<br>**J** |



RECEIVED

MAR 03 2006

Atty. Gen. Office
Criminal Division

09/26/05                                     1