

# Commonwealth of the Northern Mariana Islands
## Office of the Attorney General
## Office of Refugee Protection

2nd Floor Hon. Juan A. Sablan Memorial Bldg.
Caller Box 10007, Capitol Hill
Saipan, MP 96950

| **Civil Division** | **Immigration Division** | **Criminal Division** |
|---|---|---|
| Tel: (670) 664-2341 | Tel: (670) 236-0922/23 | Tel: (670) 664-2366/67/68 |
| Fax: (670) 664-2349 | Fax: (670) 664-3190 | Fax: (670) 234-7016 |

August 22, 2006

Mr. Md. Kamal Hossain                                    DECISION
C/O Divison of Immigration
Office of the Attorney General
Saipan, MP 96950

*Served by Hand*

### Grant of Protection from Refoulement

Dear Mr. Hossain,:

    This letter refers to your Application for Protection from Refoulement in the Commonwealth of the Northern Mariana Islands filed on March 3, 2006.

    It has been determined that you are eligible for protection from refoulement in the Commonwealth. This grant of protection does not include derivative protection for family members.

    While you remain in the Commonwealth, you are eligible for work authorization, which shall be renewable absent a finding of a fundamental change in your personal circumstances by the Attorney General. Please contact Assistant Attorney Kevin Lynch for questions related to your work authorization.

    Because you have been granted nonrefoulement protection, you may apply for certain benefitswhich are listed below. You are also responsible for complying with all local laws and regulations. We recommend that you retain the original of this letter as proof of your status and that you submit copies of this letter when applying for any of the benefits or services listed below:

    **Right to travel.** You must obtain advance written permission from before the Division of Immigration leaving the Commonwealth in order to return. Failure to obtain such permission creates a presumption that you have abandoned your protection in the Commonwealth and you may not be permitted to return. If you obtain permission to depart and return to your country of feared persecution and/or torture, you shall be presumed to have abandoned your protection in the Commonwealth unless you can show compelling reason for the return. Please obtain a passport from your country of origin as you will not be issued United States travel documents.



COMMONWEALTH'S
EXHIBIT
K

**Right to Assistance:** You are eligible to apply for and receive public benefits, including but not limited to health care, public education, or living assistance to the same extent as other foreign nationals lawfully residing in the Commonwealth.

**Changes of Address:** You must notify the Division of Immigration of any change of address within ten days of any such change. Please also submit written notification of any change of address to the Office of Refugee Protection. A change of address form is included with this letter.

You are reminded that while this grant of protection is for an indefinite period, the Office of Refugee Protection may re-open your case at any time. One of the reasons that may prompt the Office of Refugee Protection to re-open your case is if you commit certain crimes or engage in activity that triggers a mandatory denial, such as an activity that would lead the Office of Refugee Protection to believe that you are a danger to the safety or security of the Commonwealth or of the United States. Should such a determination be made, a hearing may be held after which you may be immediately deported.

Should you fail to meet any of the conditions stated in this letter this determination may be revoked. Please ensure you cooperate with the Division of Immigration at all times to ensure that your status is maintained.

Sincerely,

Dana M. Emery
Administrative Protection Judge
CNMI Office of Refugee Protection

Cc:    File
       Matt Gregory, CNMI Attorney General
       Kevin Lynch, Assistant Attorney General for Immigration
       Director of Immigration
       USCIS Protection Consultant