LEONARDO M. RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam   96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7334

GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director
VICTOR M. LAWRENCE
Principal Assistant Director
SAMUEL P. GO
Trial Attorney
Office of Immigration Litigation
District Court Section
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044
PHONE:  (202) 353-9923
FAX:  (202) 616-8962

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMAD KAMAL HOSSAIN, | CIVIL CASE N0.  08-0016 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and UNITED STATES OF AMERICA, | Date:     October 16, 2008<br>Time:     9:00 a.m. |
| Defendants. | |

COMES NOW, Victor M. Lawrence, Principal Assistant Director of the Civil Division of the U.S. Department of Justice, and hereby enters his appearance on behalf of the United States of America in the above-entitled case.

RESPECTFULLY SUBMITTED: this 14th day of October, 2008.

>LEONARDO M. RAPADAS
>United States Attorney
>Districts of Guam and NMI
>
>By: /s/ Jessica F. Cruz
>JESSICA F. CRUZ
>Assistant U. S. Attorney
>MIKEL W. SCHWAB
>Assistant U.S. Attorney
>
>
>U.S. Department of Justice
>
>
>By: /s/ Victor M. Lawrence by
>  /s/ Jessica F. Cruz
>VICTOR M. LAWRENCE
>Principal Assistant Director
>
>Attorneys for Defendant United States of America