# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-08-0016                                                                                          October 16, 2008
                                                                                                                 9:00 a.m.

**Mohammed Kamal Hossain -vs- CNMI, et al.**

PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Abigail Robinson, Law Clerk
                 Sanae Shmull, Court Reporter
                 Tina Matsunaga, Deputy Clerk
                 Omar Calimbas, Attorney for Plaintiff
                 Kathleen Busenkell, Attorney for Defendant CNMI
                 Jessica Cruz, Attorney for Defendant USA
                 Victor Lawrence, Attorney for Defendant USA

PROCEEDINGS:     MOTION TO DISMISS

Plaintiff was present in court and was represented by Attorney Omar Calimbas. Defendants Commonwealth of the Northern Mariana Islands and Matthew Gregory were represented by Attorney Kathleen Busenkell. Defendant United States of America was represented by Assistant United States Attorneys Jessica Cruz and Victor Lawrence.

Court stated its tentative ruling to grant defendants' motion to dismiss.

Attorney Calimbas argued on behalf of the plaintiff. Assistant United States Attorneys Cruz and Lawrence argued on behalf of the Defendant. Attorney Busenkell deferred to the court for its ruling.

Court, after hearing all argument, adopted its tentative ruling and granted both motions to dismiss with a written order to follow.

                                                                              Adjourned 9:23 a.m.


                                                                              */s/* Tina P. Matsunaga, Deputy Clerk