```
                                              F I L E D
                                                 Clerk
                                             District Court

                                              NOV 2 0 2008

                                         For The Northern Mariana Islands
                                         By_____
                                                  (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN, ) | Civil Action No. 08-0016 |
| ) | |
| Plaintiff ) | |
| ) | ORDER GRANTING |
| v. ) | PLAINTIFF'S MOTION FOR |
| ) | WAIVER OF APPELLATE |
| COMMONWEALTH OF THE ) | FILING FEES and DENYING |
| NORTHERN MARIANA ISLANDS, ) | MOTION FOR APPOINTMENT |
| *et al.*, ) | OF COUNSEL ON APPEAL |
| ) | |
| Defendant ) | |
| _____ ) | |

THE COURT has before it *pro se* plaintiff's October 31, 2008, letter, in the nature of a motion, requesting waiver of appellate filing fees and appointment of counsel on appeal. The letter was sent to the U.S. Court of Appeals for the Ninth Circuit, which then returned it to this court. Based upon the representations in the letter, NOW, THEREFORE,

IT IS ORDERED that plaintiff may file his appeal without having to pay the appellate filing fees. However, the court declines to appoint counsel. Plaintiff still has counsel of record.

DATED this 20th day of November, 2008.

_____
ALEX R. MUNSON
Judge