Omar P. Calimbas
Micronesian Legal Services Corp.
Marianas Office
P.O. Box 500826
Saipan, MP 96950
Tel. 234-6243/7729
Fax 235-6101
ocalimbas@mlscnet.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| MOHAMMAD KAMAL HOSSAIN,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF THE<br>NORTHERN MARIANA ISLANDS, *et al.*,<br><br>Defendants. | Civil Action No. 08-0016<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**<br><br>Date and Time:  December 18, 2008, 9:00 a.m.<br>Judge:  The Honorable Alex R. Munson |

Pursuant to LR 83.5(g)(4), Micronesian Legal Services Corporation moves this Court for leave to withdraw as counsel of record for Plaintiff Mohammad Kamal Hossain. In support of this motion, declarations of counsel and Plaintiff are attached hereto.

MICRONESIAN LEGAL SERVICES CORP.

Dated: November 21, 2008

By Omar P. Calimbas
MLSC Staff Attorney

I hereby certify that on this date, a true and correct copy of the foregoing and any attachments thereto were served via mail to:
    Mohammad Kamal Hossain
    P.O. Box 503634, Saipan, MP 96950

By: _____  November 21, 2008
    Omar P. Calimbas        Date