Omar P. Calimbas
Micronesian Legal Services Corp.
Marianas Office
P.O. Box 500826
Saipan, MP 96950
Tel. 234-6243/7729
Fax 235-6101
ocalimbas@mlscnet.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| MOHAMMAD KAMAL HOSSAIN,<br><br>  Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and MATTHEW GREGORY, in his official capacity as Attorney General of the Commonwealth of the Northern Mariana Islands, and UNITED STATES OF AMERICA,<br><br>  Defendants. | Civil Action No. 08-0016<br><br>**DECLARATION OF PLAINTIFF** |

I, Mohammad Kamal Hossain, do hereby give my consent to the withdrawal of Micronesian Legal Services Corporation ("MLSC") as my attorney in this case. I understand this means that MLSC will no longer represent me in this matter. I give my consent to this withdrawal of counsel willingly and voluntarily. I can be reached at P.O. Box 503634, Saipan, MP 96950; (670) 235-8585.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11.21.08                                     _____
                                                                    Mohammad Kamal Hossain