Omar P. Calimbas
Micronesian Legal Services Corp.
Marianas Office
P.O. Box 500826
Saipan, MP 96950
Tel. 234-6243/7729
Fax 235-6101
ocalimbas@mlscnet.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
BANKRUPTCY DIVISION

| | |
|---|---|
| MOHAMMAD KAMAL HOSSAIN,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF THE<br>NORTHERN MARIANA ISLANDS, *et al.*,<br><br>Defendants. | Civil Action No. 08-0016<br><br><br>**DECLARATION OF COUNSEL** |

Counsel for Plaintiff states as follows:

1. Micronesian Legal Services Corporation ("MLSC") accepted Plaintiff's application for assistance regarding his immigration matter. Our representation was limited to the present action, in which a final judgment had been entered and no motions are pending.

2. We have not accepted to provide further assistance to Plaintiff, such as representation on appeal.[1]

---

[1] Furthermore, the Legal Services Corporation requires its grant recipients, such as MLSC, to treat an appeal as a new matter subject to new client eligibility determinations and appropriate screenings.

Page 1 of 2

3. We notified Plaintiff of the completion of our assistance on October 23, 2008, provided him our closing opinion of the matter, and advised him on general procedural issues as well as on the option of seeking other counsel if he wished to appeal.

4. Our assistance having been concluded, we obtained Plaintiff's consent to withdraw from this case.

5. I believe the closure of my assistance was timely and did not have a material adverse affect on the interests of Plaintiff.

I declare under penalty of perjury that the foregoing, including any attachment, is true and correct.

MICRONESIAN LEGAL SERVICES CORP.

Dated: November 21, 2008

By Omar P. Calimbas
MLSC Staff Attorney