```
                                                        F I L E D
                                                           Clerk
                                                       District Court

                                                        NOV 2 5 2008

                                                   For The Northern Mariana Islands
                                                   By_____
                                                          (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN, ) | Civil Action No. 08-0016 |
| ) | |
| Plaintiff ) | |
| ) | ORDER GRANTING |
| v. ) | PLAINTIFF'S ATTORNEY'S |
| ) | MOTION TO WITHDRAW AS |
| COMMONWEALTH OF THE ) | COUNSEL OF RECORD |
| NORTHERN MARIANA ISLANDS, ) | |
| et al., ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

THE COURT has before it the motion of Omar Calimbas of Micronesian Legal Services Corporation to withdraw as attorney of record for plaintiff. The court has reviewed the motion and finds it well-taken. Accordingly,

AO 72
(Rev. 08/82)

IT IS ORDERED that Mr. Calimbas be and hereby is allowed to withdraw as attorney of record for plaintiff, effective immediately.

DATED this 25th day of November, 2008.

                                                  */s/ Alex R. Munson*
                                                  ALEX R. MUNSON
                                                        Judge