FILED
Clerk
District Court

DEC 17 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Date   October 24, 2008

To ,
Honorable chief Judge
United state court of appeals for the ninth circuit
95 seventh street
San Francisco . CA  94103

**Subject : Requesting for grant filing the case without fee and court appointed Lawyer .**

**Honorable Judge**
with do all my respect , I would like to inform you that for my financial problems I m unable to pay for the court fee and fee for lawyer , united district court for the northern Mariana Island deny my complaint , so united states court of appeals is the right place to file a case .

so, I m requesting please give me the opportunity to file a case without fee and court appointed lawyer if needed for my legal right .

Thank you very much

Sincerely yours

*[signature]*
Md , Kamal Hossain
Po box 506036 ck
Saipan MP 96950

EMAIL  skjjunion@yahoo.com

To
Honorable chief Judge
United states court of appeals
Po box 193939
San Francisco, CA 94119-3939



**Sub, Application for free of charge filing the case.**

**Honorable Judge**
I would like to inform you that for my financial problems, I am requesting to the court allow me to filing the attached appeals without fee of charge for my legal immigration right and humanitarian reason And additionally requesting for court appointed lawyer if need.

Thank you very much

Sincerely yours

Md. Kamal Hossain
Po box 506036 ck
Saipan Mp- 96950

10/31/08

Email  skjjunion@yahoo.com

To
Chief Clark
United states court of appeals for the ninth circuit
Po box 193939
San Francisco CA 94119-3939


Dear Sir /Madam

I have received a order from united stated district court for the northern Marianas Islands for filing appeals without fees dated Nov 20.2008 , I have attached the order .

My previous lawyer and organization unable to assist me for filing appeals so this time I m going to represent my appeals until I find a lawyer .


Please let me know further any procedural information .


Thank you very much


Sincerely yours

Md . kamal Hossain
Po box 506036 ck
Saipan . Mp 96950
skjjunion@yahoo.com

Date
11 . 22 . 08