# MEMO FROM PRO SE UNIT

Date:        12.11.08

To:          Clerk of the Court
From:        Jennifer Jameson
             415.355.8043

Party Name:  Kamal Hossain
Case Number: USDC # 1:08-16

---

Dear Sir/Madam:

Please process the enclosed letters to this court as a Notice of Appeal.

If you have any questions, please call the number above or email me at jennifer_jameson@ca9.uscourts.gov.

Thank you.





Clerk
District Court