UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 27 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOHAMMED KAMAL HOSSAIN,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; et al.,<br><br>       Defendants - Appellees. | No. 08-17754<br><br>D.C. No. 1:08-cv-00016<br>U.S. District Court for the Northern Mariana Islands, Saipan<br><br>**MANDATE** |

The judgment of this Court, entered June 03, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                       FOR THE COURT:

                       Molly C. Dwyer
                       Clerk of Court
                       /s/
                       Theresa Benitez
                       Deputy Clerk